Milford C. Berner and Chicago Title & Trust Company, as Trustee Under Trust No. 40669, Plaintiffs-Appellants, v. Village of Northbrook, a Municipal Corporation, Defendant-Appellee.

Gen. No. 50,552. (Abstract of Decision.)

First District, First Division.
October 17, 1966.
Rehearing denied December 5, 1966.

Maurice J. Nathanson, of Chicago (Marvin J. Glink, of counsel), for appellants; Frederic O. Floberg, of Chicago (H. Arvid Johnson, Ross, Hardies, O'Keefe, Babcock, McDugald & Parsons, of counsel), for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.